UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Donald Rucker, | Case No. 2:24-cv-02418-CDS-BNW |
| Petitioner | **Order Dismissing Improperly Commenced Habeas Proceeding** |
| v. | |
| Warden Chestnut, et al., | |
| Respondents | |

Petitioner Donald Rucker, a federal prisoner, has submitted a pleading styled as a petition for writ of habeas corpus. ECF No. 1-1. Petitioner has not filed an application to proceed *in forma pauperis* or paid the filing fee. *See* 28 U.S.C. § 1915(a)(2) and Local Rules LSR 1-1, 1-2. Because this matter has not been properly commenced, it is dismissed. The dismissal is without prejudice to bringing a **new** action under 28 U.S.C. § 2241 with either the $5.00 filing fee or a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

I therefore order that this action is dismissed without prejudice. The Clerk is directed to close this case.

I further order that a certificate of appealability is denied as jurists of reason would not find my dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

I further direct the Clerk to send petitioner two copies each of the application form to proceed *in forma pauperis* for incarcerated persons and the form for filing a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (with the instructions for both) and a copy of the papers that he submitted in this action.

Dated: January 2, 2025

_____
Cristina D. Silva
United States District Judge